UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Chapter 7
                                                     Case No. 8:14-bk-14690-CPM
PETER C. KRAUSER,

      Debtor.
_____/

**DEBTOR'S OBJECTION TO WELLS FARGO'S MOTION
FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING
TO DISCHARGE AND/OR DETERMINE THE DISCHARGEABILITY OF DEBT**

PETER C. KRAUSER, by his undersigned counsel, hereby objects to Wells Fargo's Motion for Extension of Time to File Complaint Objecting to Discharge and/or To Determine the Dischargeability of Debt (Doc. 29), and states:

1. On December 19, 2014, the Debtor filed a voluntary chapter 7 petition with this Court.

2. On December 22, 2014, this Court issued the Notice of Commencement (Doc. 4) which contained the deadline for filing a complaint objecting to the discharge or the dischargeability of a debt – March 23, 2015.

3. Wells Fargo's motion is untimely and cannot be granted.

Wherefore, the Debtor requests an order denying the motion.

                                                                                     /s/ Michael C. Markham_____
                                                                                      Michael C. Markham
                                                                                      FBN: 0768560
                                                                                      Johnson, Pope, Bokor,
                                                                                      Ruppel & Burns, LLP
                                                                                      403 E. Madison St.
                                                                                      Tampa, FL 33602
                                                                                      (813) 225-2500
                                                                                      mikem@jpfirm.com
                                                                                      Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF users this 9th day of April, 2015.

    /s/ Michael C. Markham

# Mailing Information for Case 8:14-bk-14690-CPM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Andrew W Lennox    alennox@lennoxlaw.com, eservice@lennoxlaw.com;clennox@lennoxlaw.com
- Richard H Malchon    richard.malchon@arlaw.com, katie.takas@arlaw.com
- Michael C Markham    mikem@jpfirm.com, minervag@jpfirm.com;angelinal@jpfirm.com;katherines@jpfirm.com;andrenaw@jpfirm.com
- Andrew J. McBride    andrew.mcbride@arlaw.com, tanya.yatsco@arlaw.com
- Pinellas County Tax Collector (NF)    PCTCBK@taxcollect.com
- Traci K. Stevenson    tracikstevenson@gmail.com, tks@trustesolutions.net;colleenmfl@tampabay.rr.com;alishahall@tampabay.rr.com
- United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
- Timothy W Weber    timothy.weber@webercrabb.com, lisa.willis@webercrabb.com

2369861