UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                         Chapter 7
                                                               Case No. 8:14-bk-14690-CPM
PETER C. KRAUSER,

      Debtor.
_____/

**RESPONSE IN OPPOSITION TO SWANSONS'
OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTION**

      PETER C. KRAUSER, by his undersigned counsel, hereby responds in opposition to the Objection to Debtor's Claims of Exemption (Doc. 53 – the "Objection") filed by Joseph and Linda Swanson (the "Swansons"), and states:

      1.    On December 19, 2014, the Debtor filed a voluntary chapter 7 petition with this Court. The Debtor has been married for decades and has generally owned property jointly with his spouse.

      2.    The Swansons are a former customer of Mark Maconi Homes of Tampa Bay, Inc. ("Maconi"), who is a debtor in a separate chapter 7 case filed at the same time as this case. Many, many years ago, the Swansons terminated and breached their contract with Maconi. The Swansons filed a state court lawsuit in 2007, and at the time of this bankruptcy filing the case had not even been set for trial. In their efforts to maintain a claim of some kind against this debtor, the Swansons have filed several amended complaints in the state court action and are currently on their Sixth Amended Complaint. To the extent the Swansons hold any claim against Mr. Krauser, individually, such claim is disputed, contingent and unliquidated. The Debtor denies that the Swansons have standing to assert the Objection. No other creditor or party in interest in the case, including the Trustee, filed an objection to the claimed exemptions.

3. Each of the claimed exemptions is valid. The Objection is not based on any provable facts or existing law, but is instead nothing more than continued litigation by the Swansons who have vowed to chase the Debtor forever. Mr. Krauser reserves any post-petition claim for abuse of process or malicious prosecution.

4. The properties claimed as TBE property have been owned jointly by the Debtor and his spouse for many years. The IRA and annuity have been held as such for many years. Documentation supporting these exemptions was provided to the Trustee and the largest creditor in this case, Wells Fargo, and neither asserted any objection.

Wherefore, the Debtor requests an order overruling the Objection and reserving jurisdiction to award attorney fees and costs, as appropriate.

   /s/ Michael C. Markham
Michael C. Markham
FBN: 0768560
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
403 E. Madison St.
Tampa, FL 33602
(813) 225-2500
mikem@jpfirm.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF users this 13th day of July, 2015.

   /s/ Michael C. Markham

# Mailing Information for Case 8:14-bk-14690-CPM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Andrew W Lennox    alennox@lennoxlaw.com, eservice@lennoxlaw.com;clennox@lennoxlaw.com
- Richard H Malchon    richard.malchon@arlaw.com, katie.takas@arlaw.com
- Michael C Markham    mikem@jpfirm.com, minervag@jpfirm.com;angelinal@jpfirm.com;katherines@jpfirm.com;andrenaw@jpfirm.com
- Andrew J. McBride    andrew.mcbride@arlaw.com, tanya.yatsco@arlaw.com
- Pinellas County Tax Collector (NF)    PCTCBK@taxcollect.com
- Traci K. Stevenson    tracikstevenson@gmail.com, tks@trustesolutions.net;colleenmfl@tampabay.rr.com;alishahall@tampabay.rr.com
- United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
- Timothy W Weber    timothy.weber@webercrabb.com, lisa.willis@webercrabb.com

2530446